**EXHIBIT B**







> I cannot approve this, Zack is new and not a fast bartender and according to you he doesn't know much. That's why we put him on am shifts and with seasoned bartenders like you. As I explained to you last week, schedule requests are just requests and Alex did put his in first and I was able to granted his vacation. Regrettably, if you don't show for your scheduled shift this evening I'll have no choice but to terminate you.





> Sorry you feel that way. I bought my plane ticket in July and also put in my request at that time. I was not notified till this week that you could not honor it. I attempted to change my flight but it would have cost $300 which is more than I make in 2 shifts. I made many attempts to switch and cover my shift all week but was told by Dan the manager that you would not approve any changes to the schedule, hence forcing me to get Zak to cover and not make

