**EXHIBIT G**





