# EXHIBIT I

# CASCABEL TAQUERIA

when paychecks are distributed and does not receive the paycheck, the paycheck will be kept in the office through the rest of the week. If an employee is unable to pick up his or her check that week, he or she will need to see the company Bookkeeper.

Paychecks will not, under any circumstances, be given to any person other than the employee without written authorization. Paychecks may also be mailed to the employee's address upon request or termination.

## Before Your Shift

As an employee, you need to come to work on time. Our motto is:
**"Early is on time, on time is late...and late is not acceptable.**
Come to work prepared! If your arrival time is 4:00p.m., then it is expected that by 4:00p.m. Make sure you are on the floor and in your station.

## Teamwork

Teamwork can be defined as "more than one person working together to achieve a common goal." Teamwork is the foundation of our company and our service philosophy. There is one phrase you will **never** hear in one of our restaurants:
"That's not my job."
Our standard is that we continuously help one another. Be aware! **WHEN YOU ARE NOT BUSY, YOU MUST LOOK FOR SOMEONE TO HELP.** There is always work to do. You can't "have fun or make money" if you are running around during a rush looking for a clean coffee cup, or a soup spoon, or find that nobody made coffee and all

I have read, understand and agree to abide by all the rules and regulations stated in the Employee Manual for Cascabel Taqueria and Cantina by Cascabel.

Print Employee Name: JENNIFER SPAULDING

Employee Signature: _____

Date: 11/18/11

Witnessed by: DAVID Chiong

Date: 11/18/11

9