**MILMAN LABUDA LAW GROUP PLLC**
**3000 MARCUS AVENUE**
**SUITE 3W8**
**LAKE SUCCESS, NY 11042**
_____

**TELEPHONE (516) 328-8899**
**FACSIMILE (516) 328-0082**

[†] *Also admitted in New Jersey*

**Author: Joseph M. Labuda – Member** [†]
**Direct E-Mail Address:** joe@mllaborlaw.com
**Direct Dial: (516) 303-1380**

<u>**Via ECF**</u>

February 25, 2015

Hon. Paul A. Crotty, U.S.D.J.
United States District Court
Southern District of New York
500 Pearl St., Chambers 735
New York, NY 10007-1312

**Re:**   Saravia et al. v. 2799 Broadway Grocery LLC et al.
**12 CIV 07310 (PAC)**
<u>**Our File No.: 148-2013**</u>

Dear Judge Crotty:

  This firm represents the Defendants in the above referenced matter. This letter shall serve as Defendants' request for an adjournment of the conference scheduled for March 5, 2015 at 3:15 p.m. Defendants make the instant request since I must attend a court ordered deposition in the matter of <u>Chand v. Dave Petroleum Inc. et al</u>, 14-CV-03071 (ADS)(SIL) (E.D.N.Y.) at that time. Defendants have not previously requested the instant relief. Plaintiffs consent to this adjournment. Moreover, the parties propose alternative dates of either the afternoon of March 9 or the afternoon of March 10. The parties were unable to agree on a third mutually available alternative date for the conference. Accordingly, Defendants respectfully request that the March 5, 2015 be adjourned to either of the two (2) proposed alternative dates.

  Thank you for your attention to this matter.

              Respectfully submitted,

              <u>/s/ Joseph M. Labuda, Esq.</u>

cc:   Daniel Markowitz, Esq. (via ECF)
   Client (via e-mail)