# MILMAN LABUDA LAW GROUP PLLC
**3000 MARCUS AVENUE**
**SUITE 3W8**
**LAKE SUCCESS, NY 11042**

_____

**TELEPHONE (516) 328-8899**
**FACSIMILE (516) 328-0082**

† Also admitted in New Jersey

Author: Joseph M. Labuda – Member †
Direct E-Mail Address: joe@mllaborlaw.com
Direct Dial: (516) 303-1380

<u>**Via ECF & Facsimile (212) 805-4268**</u>

April 14, 2015

Hon. Gabriel W. Gorenstein, U.S.M.J.
United States District Court
Southern District of New York
500 Pearl St.
New York, NY 10007-1312

Re:   Saravia et al. v. 2799 Broadway Grocery LLC et al.
      12 CIV 07310 (PAC)(GWG)
      <u>Our File No.: 148-2013</u>

Dear Judge Gorenstein:

      This firm represents the Defendants in the above referenced matter. I am in receipt of the Court's order from today scheduling a settlement conference for May 5, 2015 at 10:00 a.m. However, my clients have notified me that they are not available to appear on that date. Accordingly, Defendants respectfully request an adjournment of the settlement conference until May 8, 2015, the alternative date discussed on the conference call with the Court yesterday afternoon. No previous requests for this adjournment have been made.

                                          Respectfully submitted,

                                          <u>/s/ Joseph M. Labuda</u>

cc:   Client (via e-mail)